AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

_Western_ District of _Virginia_

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

**MAR 2 6 2008**

BY: JOHN F. CORCORAN, CLERK
_/s/_ DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No: 7:05CR00048-001 |
| Robert Terzel-Jermaine White | ) | USM No: 11531-084 |
| Date of Previous Judgment: August 10, 2006 | ) | |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
    ☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____87_____ months is **reduced to** _____70 months_____.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: _____27_____      Amended Offense Level: _____25_____
Criminal History Category: _____III_____      Criminal History Category: _____III_____
Previous Guideline Range: __87__ to __108__ months      Amended Guideline Range: __70__ to __87__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

    As the court has granted the defendant the largest sentence reduction authorized by the amended guideline range and 18 U.S.C. § 3582(c), the defendant's motion for appointment of counsel is denied.
    The factors listed in 18 U.S.C. § 3553(a) having been considered, the government's objections to the reduction are overruled.

Except as provided above, all provisions of the judgment dated _____08/10/2006_____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: March 26, 2008

_/s/ James C. Turk_
Judge's signature

Effective Date: _____
(if different from order date)

James C. Turk, Senior United States District Judge
Printed name and title

Case 7:05-cr-00048-JCT-RSB Document 53 Filed 03/26/08 Page 1 of 1 Pageid#: 101